**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 Master Docket Case No. 1:14-cv-01748 Honorable Matthew F. Kennelly |
| This document applies to: | |

**MASTER SHORT-FORM COMPLAINT**
**FOR INDIVIDUAL CLAIMS**

1.      Plaintiff(s), _____,

state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2.      In addition to the below-indicated portions of the Master Long Form Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

**VENUE**

3.      Venue for remand and trial is proper in the following federal judicial district: _____

**IDENTIFICATION OF PLAINTIFF(S)**
**AND RELATED INTERESTED PARTIES**

4.      Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"): _____

_____

5.      Consortium Claim(s): The following individual(s) allege damages for loss of consortium: _____

_____

6.      Survival and/or Wrongful Death claims:

    a.   Name and residence of Decedent when he suffered TRT-related injuries and/or death:

_____

_____

    b.   Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

_____

_____

## CASE SPECIFIC FACTS
## REGARDING TRT USE AND INJURIES

7.      Plaintiff currently resides in (city, state):_____

8.      At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state):_____

9.      [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date:_____

10.     [Plaintiff/Decedent] discontinued TRT use on or about the following date:

_____

11.     [Plaintiff/Decedent] used the following TRT products:

AndroGel                                Striant
Testim                                  Delatestryl
Axiron                                  Other(s) (please specify):
Depo-Testosterone
Androderm                               _____
Testopel                                _____
Fortesta                                _____

12.    [Plaintiff/Decedent] is suing the following Defendants:

AbbVie Inc.  
Abbott Laboratories  
AbbVie Products LLC  
Unimed Pharmaceuticals, LLC  
Solvay, S.A.  
Besins Healthcare Inc.  
Besins Healthcare, S.A.  

Eli Lilly and Company  
Lilly USA, LLC.  
Acrux Limited  
Acrux DDS Pty Ltd.  

Pfizer, Inc.  
Pharmacia & Upjohn Company Inc.  

Endo Pharmaceuticals, Inc.  
Auxilium Pharmaceuticals, Inc.  
GlaxoSmith Kline, LLC  

Actavis plc  
Actavis, Inc.  
Actavis Pharma, Inc.  
Actavis Laboratories UT, Inc.  
Watson Laboratories, Inc.  
Anda, Inc.  

Other(s) (please specify):_____

_____

13.    [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

_____

    a.  TRT product(s) distributed:_____

    b.  Conduct supporting claims:_____

           _____

           _____

           _____

14.    TRT caused serious injuries and damages including but not limited to the following:

_____

_____

15. Approximate date of TRT injury:_____

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY
## ADOPTED AND INCORPORATED IN THIS LAWSUIT

16. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

Count I – Strict Liability – Design Defect

Count II – Strict Liability – Failure to Warn

Count III – Negligence

Count IV – Negligent Misrepresentation

Count V – Breach of Implied Warranty of Merchantability

Count VI – Breach of Express Warranty

Count VII – Fraud

Count VIII – Redhibition

Count IX – Consumer Protection

Count X – Unjust Enrichment

Count XI – Wrongful Death

Count XII – Survival Action

Count XIII – Loss of Consortium

Count XIV – Punitive Damages

Prayer for Relief

Other State Law Causes of Action as Follows:_____

_____

_____

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.


Dated this the _____ day of _____, 20_____.


RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(S),


_____
Signature

OF COUNSEL:   (name)

(firm)

(address)

(phone)

(email)